UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATIE N. FISCHMAN, | ) | No. CV 08-7720-RC |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).


DATED: February 3, 2010___      _/S/ ROSALYN M. CHAPMAN_____
                                    ROSALYN M. CHAPMAN
                                UNITED STATES MAGISTRATE JUDGE


R&R-MDO\08-7720.jud
2/3/10